PAUL J. STEINER [SBN: 41117]
LAW OFFICES OF PAUL. J. STEINER
580 California Street, 12th Floor
San Francisco, CA 94194
Telephone: (415) 981-6100
Facsimile: (415) 984-0950
Email: paul@sfpaulaw.com

Attorneys for Plaintiff
LADY BENJAMIN P.D. CANNON. A.S.C.E.

FILED
SEP 15 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY BENJAMIN P.D. CANNON, A.S.C.E.<br><br>Plaintiff,<br>vs.<br><br>MATTHEW MARTIN MCGETTIGAN, an individual, BARBARA JANE MCGETTIGAN, an individual. JERRY DEAL, an individual. CYRIL HACKETT, an individual. RANDY MAUPIN, an individual. PATRICIA A BYRNE, an individual. JOHN SELGRATH, an individual. THE TRUST FOR THE BENEFIT OF MATTHEW MARTIAN MCGETTIGAN, a trust, JERRY'S FAERIES, LLC, a California Limited Liability Company. KEZAR PUB, LLC, a California Limited Liability Company. CAT CLUB, a California company or partnership of undetermined type, F8 SF, a California company or partnership of undetermined type, MAD DOG IN THE FOG, a California company or partnership of undetermined type,<br>DOES ONE through DOE 100, inclusive,<br><br>Defendants, | Case No. CV25 7834 JCS<br><br>DECLARATION OF LINDA NELLESSEN REGARDING SEVERE PROBLEMS WITH E-FILING |

BY FAX

I, Linda Nellessen, declare:

1. I am a Legal Assistant to the Law Offices of Paul J. Steiner. We have been having severe problems with filing electronic documents using the Pacer/Em-ECF federal filing system. I am here writing seeking the Court's assistance to authorize us to file in person as we are quickly running up against the statute of limitations to file the captioned action.
2. We have been using the United States District Court's Em-ECF and Pacer for e-filing for many years, without problems. Starting on September 4, 2025, we were asked to set up MFA (Multi-Function Authentications) and from that time until the present we have struggled with getting our account to work. We were asked to change the password, We did but still could not login.
3. After those attempts, on September 4th, I started calling the Pacer Help Line but received a message that it would be at least 230 minutes before I was able to speak with a customer support person. The Help Line is only available Monday through Friday to call. I tried again on the next available weekday with no better success. This went on for days. They are evidentially so backed up that it is not reasonably possible to speak with them to get help. Please see **Exhibit A** attached hereto showing the email attempts I have made at resolution of our inability to sign in to our account to file papers.
4. On September 12, 2025, we needed to file a Complaint, Summons and Civil Case Cover Sheet in United States District Court, Northern District of California, San Francisco office. Paul Steiner, the attorney for whom I work, and I tried to login to our Pacer account and were told to create a new password, which we did. We tried logging on with an initial success, but thereafter it did not work. This went on for several tries and were not able to login to our account.
5. Later I contacted the Help Desk in San Francisco. An extremely helpful gentleman attempted to get us straightened out but **after an hour** with him we were unable to solve the problem.
6. We need to file the Complaint, Summons, Civil Cover Sheet in the captioned case. The statute of limitations is about to run out. The Clerk in the USDC in San Francisco that advised, after he spoke to a supervisor, that we bring the documents in

person to the 16th floor at 450 Golden Gate Avenue in San Francisco along with a Declaration stating our issues with the Pacer system. We still have not solved our login problems with Pacer.

I declare under the penalty of perjury of the laws of the State of California that the foregoing statements are true of my own knowledge and if called to testify, I could and would so testify. Dated this 14th day of September 2025 at San Francisco, CA.

Linda Nellessen

# EXHIBIT A

Outlook

## Fw: Case No: 3:25-cv-06974-agt-- Kellman v Home Depot

**From** Linda Nellessen <linda_nellessen@yahoo.com>
**Date** Mon 9/8/2025 9:55 AM
**To** agtcrd@cand.uscourts.gov <agtcrd@cand.uscourts.gov>; Linda Nellessen <linda_nellessen@yahoo.com>; Linda Nellessen <LNellessen@sfpaulaw.com>

Dear Clerk,
I sent this message to you on Friday Sept 5th. I left a message that day and again this morning. We need some Urgent advice or assistance in order to file our consent or not to a magistrate in our case listed above.
Any help would be greatly appreciated.
Thank you in advance.
Linda Nellessen
(415) 821-6164
----- Forwarded Message -----
**From:** Linda Nellessen <lnellessen@sfpaulaw.com>
**To:** agtcrd@cand.uscourts.gov <agtcrd@cand.uscourts.gov>
**Cc:** Paul Steiner <paul@sfpaulaw.com>; Linda Nellessen <lnellessen@sfpaulaw.com>; linda.nellesen@yahoo.com <linda_nellessen@yahoo.com>
**Sent:** Friday, September 5, 2025 at 03:44:55 PM PDT
**Subject:** Case No: 3:25-cv-06974-agt-- Kellman v Home Depot

Dear Clerk,
We have been experiencing difficulties in filing with the new system and complying with the order to consent or not to the Magistrate Judge. We have been trying to file our consent for several days but have encountered difficulties. We are seeking your assistance or advice. We do not want to be in violation of the court's Order to file this document by Monday since we are unsure the filing problem, which seems to be a system wide problem, since it was changed will not be resolved before Monday Sept 8. Please advise. My phone number is (415) 821-6164.

Thank you for your help..
Linda Nellessen
Law Offices of Paul J. Steiner
580 California St. 12th Floor
San Francisco, CA 94104

Outlook

## Fw: Case: 3:25-cv-06974-agt

**From** Linda Nellessen <LNellessen@sfpaulaw.com>
**Date** Fri 9/5/2025 3:30 PM
**To** Paul Steiner <paul@sfpaulaw.com>
**Cc** Linda Nellessen <LNellessen@sfpaulaw.com>; linda.nellesen@yahoo.com <linda_nellessen@yahoo.com>

Paul,
I sent this to Pacer just now. You can do the same if you want.
I am now going to email Judge Tse's clerk courtroom deputy.
His email is agtcrd@cand.uscourts.gov
Linda

---

**From:** pacer@psc.uscourts.gov <pacer@psc.uscourts.gov> on behalf of PACER <pacer@psc.uscourts.gov>
**Sent:** Friday, September 5, 2025 3:26 PM
**To:** Linda Nellessen <LNellessen@sfpaulaw.com>
**Subject:** Case: 3:25-cv-06974-agt

We are having extreme difficulty signing in to our pacer account. We have had accounts for many years. We signed up for MFA yesterday and since then we can't login. We have an urgent need to file a document no later than Monday Sept 8,2025. Please contact me at the above email of the following: lnellessen@sfpaulaw.com.
(415) 821-6164

Outlook

## Help with Loging in to our account

From Linda Nellessen <linda_nellessen@yahoo.com>
Date Fri 9/5/2025 9:36 AM
To pacer@psc.uscourts.gov <pacer@psc.uscourts.gov>; Linda Nellessen <linda_nellessen@yahoo.com>; Linda Nellessen <LNellessen@sfpaulaw.com>

Dear Pacer,
**Our Account Number: 2617539**
There is more than a 2 hour wait on your phone system. I am writing to ask for help with our password and logging in to our pacer account. We need to file a document as soon as possible.
Can you help us?
Linda Nellessen
Law Offices of Paul J. Steiner
San Francisco, CA 94104

Outlook

## PACER Account Settings Changed

**From** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Date** Thu 9/4/2025 11:23 AM
**To** Paul Steiner <paul@sfpaulaw.com>; Paul Steiner <paul@sfpaulaw.com>

PACER

The following change has been made to your PACER account:

| | |
|---|---|
| **Account #** | 2617539 |
| **Account Contact** | Paul J Steiner |
| **Account Status** | Active |
| **Changed Setting** | MFA Account Change |
| **Message** | You have successfully added backup codes. |

If you did not make this change or have questions, please contact the PACER Service Center.

**NOTE:** Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to pacer@psc.uscourts.gov or call the PACER Service Center at (800) 676-6856 between 7 AM and 6 PM CT Monday through Friday.

# Save these backup codes

Use these backup codes to log in. Download, print, or copy the codes below and store them in a safe place.

**NOTE:** Each code may only be used once.

| |
|---|
| hkjz-4vzl-sudj-18w0 |
| zms2-69c6-ynec-k2lj |
| u2h3-mm6j-zjl6-fct9 |
| 2zls-sl1b-lo41-sejz |
| 8kjh-t5sk-3yeh-938x |
| 0rg6-ylse-anpr-ghma |
| mblz-zsoz-i21g-b16v |
| 3r90-542d-pa3z-t799 |
| kmd3-ga46-d5jl-w0gu |
| m1qj-7629-4jrz-tj19 |

I've put my backup codes in a safe place.