# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Lady Benjamin P. D. Cannon, A.S.C.E.<br>*Plaintiff(s)*<br>v.<br>Matthew McGettigan, et al.<br>*Defendant(s)* | Civil Action No. 3:25-cv-07834-RFL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See attached continuation page.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Steiner
Law Offices of Paul J. Steiner
580 California St., 12th Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: September 29, 2025

*Signature of Clerk or Deputy Clerk*

**SUMMONS CONTINUATION PAGE**

CASE NAME: LADY BENJAMIN P. D. CANNON, A. S. C. E. v. MATTHEW MARTIN MCGETTIGAN
CASE NO: 3:25-cv-07834-RFL

**DEFENDANTS NAMES AND ADDRESSES:**

MATTHEW MARTIN MCGETTIGAN, AN INDIVIDUAL
140 PARAISO PL., SAN FRANCISCO, CA 94132

JOHN SELGRATH, AN INDIVIDUAL
140 PARAISO PL., SAN FRANCISCO, CA 94132

PATRICIA A. BYRNE, AN INDIVIDUAL
140 PARAISO PL, SAN FRANCISCO, CA 94132

THE TRUST FOR THE BENEFIT OF MATTHEW MARTIN MCGETTIGAN, A TRUST
140 PARAISO PL., SAN FRANCISCO, CA 94132

RANDY MAUPIN, AN INDIVIDUAL
80 RINGOLD ST., UNIT B, SAN FRANCISCO, CA 94103-4403

KEZAR PUB, LLC
770 STANYAN ST., SAN FRANCISCO, CA 94117

JERRY'S FAERIES, LLC
1459 18TH ST., 332, SAN FRANCISCO, CA 94107

CYRIL HACKETT, AN INDIVIDUAL
221 DIAMOND ST., SAN FRANCISCO, CA 94114

JERRY DEAL, AN INDIVIDUAL
1150 BALLENA BLVD., UNIT 67, ALAMEDA, CA 94501

F8 SFM A CALIFORNIA COMPANY OR PARTNERSHIP OF UNDETERMINED TYPE,
1192 FOLSOM ST., SAN FRANCISCO, CA 94103

CAT CLUB, A CALIFORNIA COMPANY OR PARTNERSHIP OF UNDETERMINED TYPE,
1190 FOLSOM ST., SAN FRANCISCO, CA 94103

BARBARA JANE MCGETTIGAN, AN INDIVIDUAL
140 PARAISO PL., SAN FRANCISCO, CA 94132

MAD DOG IN THE FOG, A CALIFORNIA COMPANY OF UNDETERMINED TYPE
1568 HAIGHT ST., SAN FRANCISCO, CA 94117