PAUL J. STEINER [SBN: 41117]
LAW OFFICES OF PAUL. J. STEINER
580 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 981-6100
Facsimile: (415) 984-0950
Email: paul@sfpaulaw.com

Attorneys for Plaintiff
LADY BENJAMIN P.D. CANNON. A.S.C.E.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

LADY BENJAMIN P.D. CANNON, A.S.C.E.

Plaintiff,

vs.

MATTHEW MARTIN MCGETTIGAN, an individual, BARBARA JANE MCGETTIGAN, an individual.
JERRY DEAL, an individual.
CYRIL HACKETT, an individual.
RANDY MAUPIN, an individual.
PATRICIA A BYRNE, an individual.
JOHN SELGRATH, an individual.
THE TRUST FOR THE BENEFIT OF MATTHEW MARTIAN MCGETTIGAN, a trust, JERRY'S FAERIES, LLC, a California Limited Liability Company. KEZAR PUB, LLC, a California Limited Liability Company. CAT CLUB, a California company or partnership of undetermined type, F8 SF, a California company or partnership of undetermined type, MAD DOG IN THE FOG, a California company or partnership of undetermined type,
DOES ONE through DOE 100, inclusive,

Defendants,

Case No. CV25-7834RFL

**NOTICE OF REQUEST FOR EXTENSION OF TIME TO SERVE PARTIES & CORRESPONDING EXTENSION OF JCMS DEADLINE**

Plaintiff respectfully requests an order extending the deadline to serve all defendants in this action. The complaint was filed on September 15, 2025, and service was required within 90 days under Federal Rule of Civil Procedure 4(m).

As of this filing, service has not yet been completed. Plaintiff has been unable to locate valid service addresses for the parties, though efforts are ongoing and Plaintiff hopes to complete service by the current December 15 deadline. Plaintiff had initially attempted to serve Defendant McGettigan first because of the animus Mr. McGettigan has exhibited toward Plaintiff, and the fear he would absent himself or seek to harm Plaintiff if he learned about this case from others first (Plaintiff had restraining orders due to physical attacks and other actions against her by Defendant McGettigan). Such service has not been successful and service on the others is now being attempted. Plaintiff files this notice to keep the Court apprised and to request additional time as permitted under Rule 4(m) and Northern District Local Rule 7-2.

Request. Plaintiff asks that the Court:

- Extend the deadline to complete service to February 2, 2026; and
- Extend the deadline to file the joint case-management statement to April 13, 2026, consistent with the revised service deadline.

Granting the requested extensions will allow the case to proceed in an orderly manner and promote judicial efficiency.

Respectfully submitted,

LAW OFFICES OF PAUL. J. STEINER

By: ______________________________

PAUL J. STEINER
Attorneys for PLAINTIFF
LADY BENJAMIN P.D. CANNON