PAUL J. STEINER [SBN: 41117]
LAW OFFICES OF PAUL. J. STEINER
580 California Street, 12th Floor
San Francisco, CA 94194
Telephone: (415) 981-6100
Facsimile: (415) 984-0950
Email: paul@sfpaulaw.com

Attorneys for Plaintiff
LADY BENJAMIN P.D. CANNON. A.S.C.E.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY BENJAMIN P.D. CANNON, A.S.C.E.<br><br>Plaintiff,<br>vs.<br><br>MATTHEW MARTIN MCGETTIGAN, an individual, BARBARA JANE MCGETTIGAN, an individual. JERRY DEAL, an individual. CYRIL HACKETT, an individual. RANDY MAULIPIN, an individual. PATRICIA A BYRNE, an individual. JOHN SELGRATH, an individual. THE TRUST FOR THE BENEFIT OF MATTHEW MARTIAN MCGETTIGAN, a trust, JERRY'S FAERIES, LLC, a California Limited Liability Company. KEZAR PUB, LLC, a California Limited Liability Company. CAT CLUB, a California company or partnership of undetermined type, F8 SF, a California company or partnership of undetermined type, MAD DOG IN THE FOG, a California company or partnership of undetermined type,<br>DOES ONE through DOE 100, inclusive,<br><br>Defendants, | Case No. CV25-7834-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF:**<br><br>**ONLY DEFENDANT**<br><br>**JOHN SELGRATH, an individual and THE TRUST FOR THE BENEFIT OF MATTHEW MARTIAN MCGETTIGAN, a trust.** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses with prejudice:

Only Defendant: JOHN SELGRATH, an individual and as TRUSTEE of THE TRUST FOR THE BENEFIT OF MATTHEW MARTAIN MCGETTIGAN, a trust.

Respectfully submitted,

LAW OFFICES OF PAUL. J. STEINER

By: ______________________________
PAUL J. STEINER
Attorneys for PLAINTIFF
LADY BENJAMIN P.D. CANNON