John Glugoski, Esq. (SBN: 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
2001 Union Street, Suite 400
San Francisco, CA 94123
Tel. No.: (415) 983-0900

Attorneys for Defendants Cyril Hackett, Kezar Pub and Mad Dog in The Fog

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LADY BENJAMIN P.D. CANNON, A.S.C.E.<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MARTIN MCGETTIGAN, an Individual, BARBARA JANE McGETTIGAN, an individual, JERRY DEAL, CYRIL HACKETT, an individual, RANDY MAUPIN, an individual, PATRICIA A. BYRNE, an individual, JOHN SELGRATH, an individual, THE TRUST FOR THE BENEFIT OF MATTHEW McGETTIGAN, a trust, JERRY FAERIES, LLC, KEZAR PUB, LLC., CAT CLUB, MAD DOG IN THE FOG<br><br>Defendants. | Case No.: 3:25-cv- 07834-RFL<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT, CYRIL HACKETT, KEZAR PUB and MAD DOG IN THE FOG TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

Plaintiff LADY BENJAMIN P.D. CANNON, A.S.C.E. ("Plaintiff"), and Defendants CYRIL HACKETT, an individual; and THE KEZAR PUB, LLC and MAD DOG IN THE FOG, a California Company or partnership of undetermined type ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on or about September 15, 2025, Plaintiff filed a Complaint in the United States District Court, Northern District of California alleging various violations including conversion and breach of contract;

**WHEREAS**, Plaintiff recently completed service of the Complaint on Defendants, Hackett, Kezar Pub and Mad Dog in the Fog;

**WHEREAS**, Defendants' response is presently due by February 18, 2026;

**WHEREAS**, Defendants have informed Plaintiff of their intention to bring a Motion to Dismiss the Operative Complaint as to these three Defendants based on the allegations set forth in the Operative Complaint;

**WHEREAS**, the parties are meeting and conferring on the allegations of the Operative Complaint and Defendant's potential Motion to Dismiss to determine if the matter can be resolved informally;

**WHEREAS,** the parties require additional time to complete their meet and confer;

**THEREFORE, THROUGH THEIR RESPECTIVE COUNSEL, THE PARTIES HEREBY STIPULATE AS FOLLOWS**:

1. Defendants shall have until March 2, 2026 to file a responsive pleading to Plaintiff's Complaint.

DATED: February 10, 2026

*/s/ Paul Steiner*
Paul Steiner
Law Offices of Paul J. Steiner
Attorney for Plaintiff

DATED: February 105, 2026

*/s/ John Glugoski*
RIGHETTI GLUGOSKI P.C.
John Glugoski
Attorneys for Defendants

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, John Glugoski, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 10, 2026

*/s/ John Glugoski*
RIGHETTI GLUGOSKI P.C.
John Glugoski
Attorneys for Defendants