BRUCE C. FUNK (SBN 122340)
Law Office of Bruce C. Funk
46 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email: bcfunkesq@aol.com

Attorney for Defendant,
Matthew McGettigan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY BENJAMIN P.D. CANNON, A.S.C.E.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW MARTIN MCGETTIGAN, et al.,<br><br>　　　　　Defendants. | CASE NO.: 3:25-cv-07834-RFL<br><br>**DEFENDANT MATTHEW MCGETTIGAN'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]**<br><br>Date: May 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: 15<br>Judge: Honorable Rita F. Lin<br><br>Action Filed: 9/15/25<br>Trial Date: None |

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2026, at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court before the Honorable Rita F. Lin, Courtroom 15, 450 Golden Gate Avenue, San Francisco, California, Defendant, Matthew McGettigan, will move the Court to dismiss the action of Plaintiff, Lady Benjamin P.D. Cannon, A.S.C.E., pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted on the following grounds:

-1-
**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]**

Plaintiff's sole basis for purported federal jurisdiction in this action is for "piracy at sea," for which there is no private cause of action and the alleged acts did not occur on the high seas. All of Plaintiff's remaining causes of action against this moving defendant are properly based in state court, as such, Plaintiff's entire action should be dismissed.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and on the records, pleadings and files in this action.

Dated:  March 30, 2026                                          Respectfully submitted,


                                                                */s/ Bruce C. Funk*
                                                                BRUCE C. FUNK, Attorney for
                                                                Defendant Matthew McGettigan

-2-
**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]**