UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY BENJAMIN P. D. CANNON,<br>Plaintiff,<br>v.<br>MATTHEW MARTIN MCGETTIGAN, et al.,<br>Defendants. | Case No. 25-cv-07834-RFL<br>**JUDGMENT** |

Pursuant to the Court's orders of dismissal (Dkt. Nos. 48-49), judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge